CLOSED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00906-MJR-PMF

Scher v. Merck & Co Inc et al  
Assigned to: Judge Michael J. Reagan  
Referred to: Mag Judge Philip M. Frazier  
Demand: $75,000  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/09/2006  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Lena Scher**  represented by  **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rowland**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: rrowland@ghalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck, Sharp and Dohme

represented by  **Dan H. Ball**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000

Email: dhball@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email: rtebert@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**G.D. Searle, LLC**                    represented by    **Robert H. Shultz, Jr.**
                                                          Heyl, Royster et al. - Edwardsville
                                                          Generally Admitted
                                                          103 West Vandalia Street
                                                          P.O. Box 467
                                                          Edwardsville, IL 62025
                                                          618-656-4646
                                                          Email: rshultz@hrva.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**     represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**     represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen Co**
*doing business as*
Walgreens
    represented by **David A. Dick**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Email: ddick@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**B. Matthew Struble**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: mstruble@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 11/09/2006 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115142. Documents may now be electronically filed. Case number 06-906-DRH must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to consent to trial by Magistrate Judge)(dkd ) (Entered: 11/09/2006) |
|---|---|---|
| 11/09/2006 | 2 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, case number 06L853. ( Filing fee $ 350) (Attachments: # 1 Exhibit 1a Page 1 of 2# 2 Exhibit 1 Page 2 of 2# 3 Exhibit 2# 4 Exhibit 3# 5 Civil Cover Sheet)(Soriano, Randy) (Entered: 11/09/2006) |
| 11/09/2006 | 3 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 11/09/2006) |
| 11/09/2006 | 4 | MOTION to Stay *All Proceedings* by Merck & Co Inc. (Soriano, Randy) (Entered: 11/09/2006) |
| 11/09/2006 | 5 | Corporate Disclosure Statement by Merck & Co Inc. (Soriano, Randy) (Entered: 11/09/2006) |
| 11/09/2006 | 6 | CONSENT to Removal byG.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/09/2006) |
| 11/09/2006 | 7 | ANSWER to Complaint with Jury Demand by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc.(Shultz, Robert) (Entered: 11/09/2006) |
| 11/09/2006 | 8 | Corporate Disclosure Statement by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/09/2006) |
| 11/15/2006 | 9 | ORDER OF RECUSAL. Judge David R Herndon recused. Case reassigned to Judge Michael J. Reagan for all further proceedings. Signed by Judge David R Herndon on 11/15/06. (pab ) (Entered: 11/15/2006) |
| 11/20/2006 | 10 | RESPONSE to Motion re 4 MOTION to Stay *All Proceedings* filed by Lena Scher. (Dickey, Aaron) (Entered: 11/20/2006) |
| 12/01/2006 | 11 | REPLY to Response to Motion re 4 MOTION to Stay *All Proceedings* filed by Merck & Co Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Strauss, Stephen) (Entered: 12/01/2006) |
| 12/08/2006 | 12 | MOTION to Remand to State Court by Lena Scher. (Dickey, Aaron) (Entered: 12/08/2006) |
| 12/08/2006 | 13 | MEMORANDUM in Support re 12 MOTION to Remand to State Court filed by Lena Scher. (Dickey, Aaron) (Entered: 12/08/2006) |
| 12/20/2006 | 14 | Summons Issued as to Walgreen Co. (trb ) (Entered: 12/20/2006) |
| 01/05/2007 | 15 | MEMORANDUM in Opposition re 12 MOTION to Remand to State Court filed by Merck & Co Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Strauss, Stephen) (Entered: 01/05/2007) |
| 01/08/2007 | 16 | ORDER OF RECUSAL. Judge Clifford J. Proud recused. Case reassigned to Judge Philip M. Frazier for all further pretrial no dispositive motion. Signed |

| | | |
|---|---|---|
| | | by Judge Clifford J. Proud on 1/8/07. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/08/2007) |
| 01/11/2007 | 17 | NOTICE of Appearance by David A. Dick on behalf of Walgreen Co (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | 18 | CONSENT to Removal byWalgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/12/2007 | 19 | Corporate Disclosure Statement by Walgreen Co. (Dick, David) (Entered: 01/12/2007) |
| 01/18/2007 | 20 | NOTICE of Appearance by B. Matthew Struble on behalf of Walgreen Co (Struble, B.) (Entered: 01/18/2007) |
| 01/24/2007 | 21 | MOTION to Dismiss by Walgreen Co. Responses due by 2/26/2007 (Attachments: # 1 Affidavit)(Dick, David) (Entered: 01/24/2007) |
| 01/24/2007 | 22 | MEMORANDUM in Support re 21 MOTION to Dismiss filed by Walgreen Co. (Dick, David) (Entered: 01/24/2007) |
| 04/20/2007 | 23 | MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Dismiss *by Walgreens* by Lena Scher. (Dickey, Aaron) (Entered: 04/20/2007) |
| 04/23/2007 | 24 | ORDER granting 23 Motion for Extension of Time to File Response to 21 MOTION to Dismiss: Motion granted. Response shall be filed on or before April 30, 2007. Reply brief may be filed on or before 5/7/07. Signed by Judge Michael J. Reagan on 4/23/07. (soh)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 04/23/2007) |
| 05/01/2007 | 25 | PRELIMINARY ORDER of Transfer with simultaneous separation, remand and transfer (Attachments: # 1 Cover Letter to Northern District of California# 2 Cover Letter to Eastern District of Lousiana)(dmw) (Entered: 05/01/2007) |
| 05/04/2007 | 26 | CONDITIONAL TRANSFER ORDER with simultaneous seperation, remand and transfer TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to U.S. District Court Northern District of California, Docket No. 1657 and 1699 In re: Vioxx Marketing,Sales Practices and Products Liability Litigation, In re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation (Attachments: # 1 Letter from U.S. District Court Northern District of California)(trb ) (Entered: 05/07/2007) |

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY: _[signature]_
Deputy Clerk
DATE: 5-7-07